# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Dawson-Alamo1 JV, LLC | )    ASBCA No. 58950 |
| | ) |
| Under Contract No. FA3047-10-D-0012 | ) |

APPEARANCE FOR THE APPELLANT:    Kristin E. Zachman, Esq.
           Bailey & Bailey, P.C.
           San Antonio, TX

APPEARANCE FOR THE GOVERNMENT:    Col Jennifer L. Martin, USAF
           Air Force Chief Trial Attorney

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 17 January 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58950, Appeal of Dawson-Alamo1 JV, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals